IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

JUL - 8 2015

MATTHEW J. DYKMAN
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 15-1515 RB |
| | ) | |
| DANIEL LEE JACQUEZ, | ) | |
| TOBY CHAPIN PADILLA, | ) | |
| JUDAH GRANDE MONDELLO, | ) | |
| ERIC JAMES RUIZ, | ) | |
| GILBERT J. MORENO, | ) | |
| a.k.a. "Gibby," | ) | |
| ANTHONY R. DAVILA, | ) | |
| a.k.a. "Weasel," | ) | |
| GARY LEE ROMERO, JR., | ) | |
| CRYSTAL MEDINA GOMEZ, | ) | |
| KEVIN R. CARTER, | ) | |
| LYNETTE MEDINA, | ) | |
| a.k.a. "Lynette Carrasco," | ) | |
| FREDDY J. LUCERO, and | ) | |
| BERNICE HOLGUIN MIRANDA, | ) | |
| a.k.a. "Bernice Holguin Ramos," | ) | |
| | ) | |
| Defendants. | ) | |

## SCHEDULING ORDER

The Court, having granted the motion of the United States and the defendants to declare this case complex, and considering the parties proposed scheduling order, hereby imposes the following deadlines, without objection from the parties, in this case:

1. July 17, 2015: Completion of discovery by the government, including *Brady* material (except for the government's continuing duty to disclose);

2. July 31, 2015: Completion of reciprocal discovery by the defendants (except for the defendants' continuing duty to disclose);

3. August 14, 2015: Expert witness notices and reports; Fed. R. Crim. P. 16 discovery motions; Fed. R. Crim. P. 7(f) motions;

4.      August 28, 2015: Responses to Fed. R. Crim. P. 16 discovery motions and Rule 7(f) motions;

5.      September 25, 2015: Fed. R. Crim. P. 12 pretrial motions; *Daubert* motions;

6.      October 16, 2015: Responses to pretrial and *Daubert* motions;

7.      October 23, 2015: Replies to responses to pretrial and *Daubert* motions;

8.      November 6, 2015: Plea agreements; notice of defenses pursuant to Fed. R. Crim. P. 12.1 through 12.3;

9.      November 20, 2015: Responses to notices of defenses; motions *in limine*, Fed. R. Evid. 404(b) notices; jury instructions, proposed *voir dire*; and

10.     November 30, 2015: Jury Selection/Trial at 9:00 a.m. Federal Courthouse, Las Cruces, New Mexico.

The Court further orders that the United States shall make available to the defendants by the time required by the applicable law all material for which disclosure is mandated by *Giglio v. United States*, 405 U.S. 150 (1972); and the Jencks Act, 18 U.S.C. § 3500.

The Court further orders, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), that the time between the entry of this Order and the trial date is excluded for the purposes of the Speedy Trial Act computation.

                                                            _____
                                                            HONORABLE ROBERT C. BRACK
                                                           United States District Judge

Submitted by

Edwin G. Winstead
Assistant United States Attorney

Electronically approved by:

Steven L. Almanza
Mario Carreon
Jose Coronado
Cori Ann Harbour-Valdez
Carlos Ibarra
Marcia Milner
Herman Ortiz
Cesar Pierce-Varela
Pedro Pineda
Leon Schydlower
Mary Stillinger
Margaret Strickland

Counsel for Defendants