*Rev. March 31, 2015*

# PLEA/MOTION HEARING MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT LAS CRUCES)

| CR 15-1515 RB | UNITED STATES vs. JACQUEZ, et al |
|---|---|

### Before The Honorable Carmen E. Garza  , United States Magistrate Judge

| Hearing Date: | 9/16/15 | Time In and Out: | 1:38-1:40; 2:37-2:52 P.M. (15 MIN) |
|---|---|---|---|
| Clerk: | B. WILSON | Digital Recording: | LC-Sierra Blanca |
| Defendant: | BERNICE HOLGUIN MIRANDA | Defendant's Counsel: | CORI HARBOUR-VALDEZ |

| AUSA: | GARRETH WINSTEAD | Interpreter: | N/A | ☐ Sworn |
|---|---|---|---|---|
| | | | | ☐ Waived |

| | |
|---|---|
| ☒ Defendant Sworn | ☐ First Appearance |

☒ Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect.

☒ Deft acknowledges receipt of:  **Indictment**

☐ If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right.

☒ Terms and conditions of proposed plea agreement explained.   ☒ Defendant indicates understanding of its terms.

☒ Factual predicate to sustain the plea provided.

☒ Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication.  Deft advised of charge(s), penalties and possible consequences of the plea.

☒ Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures).

☒ Deft questioned re time to consult with attorney and if satisfied with his or her representation.

☒ Court finds Deft fully understands charge(s) and the consequences of entering a guilty plea to that charge (or those charges).

☒ Deft pleads GUILTY to:  **Indictment**

☒ Allocution by Deft on elements of charge(s).

☒ Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted.

☒ Deft adjudged guilty.

☒ Acceptance of plea agreement deferred until final disposition hearing by district judge.

☒ Sentencing Date: **to be notified**

☐ Defendant to Remain in Custody

| ☐ Present conditions of release continued | ☒ Conditions changed to: DEFENDANT RELEASED ON $10,000 UNSECURED BOND WITH CONDITIONS |
|---|---|

☒ Penalty for failure to appear explained

| ☒ Presentence Report Ordered | ☐ Expedited (Type III) |
|---|---|

Other Matters:  COURT ADDRESSES DEFENDANT'S MOTION TO RECONSIDER DETENTION; DEFENSE PROFFERS FOR DEFENDANT'S RELEASE TO ALLOW HER TO ADDRESS HER NUMEROUS MEDICAL CONDITIONS; AUSA OBJECTS TO RELEASE; COURT CONCERNED ABOUT DEFENDANT'S HEALTH, SETS CONDITIONS OF RELEASE:

$10,000 UNSECURED BOND
MUST NOT VIOLATE FEDERAL, STATE OR LOCAL LAW WHILE ON RELEASE
MUST COOPERATE IN COLLECTION OF DNA SAMPLE
MUST APPEAR IN COURT AS REQUIRED AND IF CONVICTED MUST SURRENDER AS DIRECTED TO SERVE SENTENCE
NO TRAVEL TO MEXICO
NO POSSESSION OF FIREARMS, DESRUCTIVE DEVICES, OR OTHER WEAPONS
NO USE OR UNLAWFUL POSSESSION OF NARCOTIC DRUGS OR OTHER CONTROLLED SUBSTANCES, UNLESS PRESCRIBED BY A LICENSED MEDICAL PRACTITIONER
MANDATORY DRUG TESTING AS DIRECTED BY PRETRIAL SERVICES
DRUG COUNSELING AS DIRECTED BY PRETRIAL SERVICES
ZERO TOLERANCE