FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

15 SEP 16 PM 4: 05

CLERK-LAS CRUCES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) NO. 15-CR-1515 RB |
| BERNICE HOLGUIN MIRANDA, | ) |
| Defendant. | ) |

## ORDER GRANTING MOTION TO RECONSIDER DETENTION

THIS MATTER came before the Court upon the opposed motion of the defendant to reconsider order of detention. Having reviewed said motion, the Court finds that it is well taken and ORDERS that the motion be GRANTED. Therefore,

IT IS HEREBY ORDERED that the defendant shall abide by the following conditions of release:

    a. Standard conditions:

        i. Must not violate federal, state, or local law while on release;
        ii. Must cooperate in collection of DNA sample if the collection is authorized by 42 U.S.C. § 14135a;
        iii. Must appear in court as required and if convicted must surrender as directed to serve a sentence that the court may impose;

    b. Additional conditions:

        i. No travel to Mexico;
        ii. No possession of firearms, destructive devices, or other weapons;
        iii. No use or unlawful possession of narcotic drugs or other controlled substances, unless prescribed by a licensed medical practitioner;
        iv. Mandatory drug testing as directed by Pretrial Services;
        v. Drug counseling as directed by Pretrial Services;
        vi. $10,000 unsecured bond; and
        vii. Zero tolerance.

CARMEN E. GARZA
United States Magistrate Judge