IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**FILED**
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

DEC 2 3 2015
ω 1:23 pm

MATTHEW J. DYKMAN
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 15-1515 RB |
| | ) | |
| DANIEL LEE JACQUEZ, | ) | |
| TOBY CHAPIN PADILLA, | ) | |
| JUDAH GRANDE MONDELLO, | ) | |
| ERIC JAMES RUIZ, | ) | |
| GILBERT J. MORENO, | ) | |
| a.k.a. "Gibby," | ) | |
| ANTHONY R. DAVILA, | ) | |
| a.k.a. "Weasel," | ) | |
| GARY LEE ROMERO, JR., | ) | |
| CRYSTAL MEDINA GOMEZ, | ) | |
| KEVIN R. CARTER, and | ) | |
| FREDDY J. LUCERO, | ) | |
| | ) | |
| Defendants. | ) | |

## SECOND AMENDED SCHEDULING ORDER

**THIS MATTER** came before the Court upon the unopposed motion for a continuance of

the trial presently set for February 29, 2016.   The Court having considered the motion, being fully

advised in the premises, and in light of the Court's order declaring the case complex pursuant to 18

U.S.C. § 3161(h)(7)(A), finds that there is a sufficient record to justify granting the motion to

continue.   **IT IS HEREBY ORDERED** that the trial in this cause be continued 120 days.

The Court, having granted the motion, and considering the proposed amended scheduling

order, hereby imposes the following deadlines, without objection from the parties, in this case:

1.    March 22, 2016: Expert witness notices and reports; Fed. R. Crim. P. 16 discovery

motions; Fed. R. Crim. P. 7(f) motions;

2.    March 28, 2016:  Responses to Fed. R. Crim. P. 16 discovery motions and Rule

7(f) motions;

3.     April 18, 2016:   Fed. R. Crim. P. 12 pretrial motions; *Daubert* motions;

6.     May 9, 2016:   Responses to pretrial and *Daubert* motions;

7.     May 16, 2016:   Replies to responses to pretrial and *Daubert* motions;

8.     June 6, 2016:   Plea agreements; notice of defenses pursuant to Fed. R. Crim. P. 12.1 through 12.3;

9.     June 20, 2016:   Responses to notices of defenses; motions *in limine*, Fed. R. Evid. 404(b) notices; jury instructions, proposed *voir dire*; and

10.     June 27, 2016: Jury Selection/Trial at 9:00 a.m. Federal Courthouse, Las Cruces, New Mexico.

The Court further orders that the United States shall make available to the defendants by the time required by the applicable law all material for which disclosure is mandated by *Giglio v. United States*, 405 U.S. 150 (1972); and the Jencks Act, 18 U.S.C. § 3500.

The Court further orders, pursuant to 18 U.S.C. ' 3161(h)(7)(B)(ii), that the time between the entry of this Order and the trial date is excluded for the purposes of the Speedy Trial Act computation.

HONORABLE ROBERT C. BRACK
United States District Judge

Submitted by

Anna R. Wright
Special Assistant United States Attorney

Electronically approved by:

  Steven L. Almanza
  Mario Carreon
  Jose Coronado
  Cori Ann Harbour-Valdez
  Carlos Ibarra
  Marcia Milner
  Herman Ortiz
  Cesar Pierce-Varela
  Pedro Pineda
  SantiagoHernandez
  Mary Stillinger
  Margaret Strickland

  Counsel for Defendants