IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA <br> Plaintiff, <br><br> v. <br><br> BERNICE HOLGUIN MIRANDA <br> Defendant. | 15-CR-1515-RB |

## NOTICE OF UNAVAILABILITY

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Cori A. Harbour-Valdez, court-appointed counsel for Defendant Bernice Holguin Miranda , and files her Notice of Unavailability.

Counsel will be out of town on the following dates and unavailable for hearings:

March 17-20, 2017

March 30-April 3, 2017

May 24-26, 2017

July 12-22, 2017

August 17-18, 2017

November 8-15, 2017

Counsel respectfully requests that no matters be set during these time periods.

Respectfully submitted,

THE HARBOUR LAW FIRM, P.C.
P.O. Box 13268
El Paso, Texas 79913
Telephone: 915.544.7600
Facsimile: 915.975.8036
Email: cori@harbourlaw.net

By:   *S/Cori A. Harbour-Valdez*
      Cori A. Harbour-Valdez

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 27th day of February, 2017, I electronically transmitted the attached document to the Clerk's office using the CM/ECF system for filing and service to all CM/ECF registrants.

*S/Cori A. Harbour-Valdez*
Cori A. Harbour-Valdez