IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>   Plaintiff,<br><br>v.<br><br>BERNICE HOLGUIN MIRANDA<br>Defendant. | § § § § § § § § § | 15-CR-1515-RB |

## NOTICE OF UNAVAILABILITY

**TO THE HONORABLE JUDGE OF SAID COURT:**

  COMES NOW, Cori A. Harbour-Valdez, court-appointed counsel for Defendant, and files her Notice of Unavailability.

  Counsel will be out of town on the following dates and unavailable for hearings:

  October 4-5, 2018

  October 11-12, 2018

  October 22-29, 2018

  November 8-12, 2018

  November 15-16, 2018

  December 21, 2018

  Counsel respectfully requests that no matters be set during these time periods.

             Respectfully submitted,

             THE HARBOUR LAW FIRM, P.C.
             P.O. Box 13268
             El Paso, Texas 79913
             Telephone: 915.544.7600
             Facsimile: 915.975.8036
             Email: cori@harbourlaw.net

        By: *S/Cori A. Harbour-Valdez*
           Cori A. Harbour-Valdez

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 1st day of October, 2018, I electronically transmitted the attached document to the Clerk's office using the CM/ECF system for filing and service to all CM/ECF registrants.

*S/Cori A. Harbour-Valdez*
Cori A. Harbour-Valdez

2